Mildred Rennie, Appellee, v. Louis A. Hauffe, Appellant.

Gen. No. 9,303.

opinion filed February 24, 1942. Trapp & Trapp, for appellant; Edwin C. Mills and Shelton F. McGrath, for appellee. Opinion by JUSTICE RIESS. ''Not to be published in full.''